H. Tim Hoffman (SBN 049141)
Arthur W. Lazear (SBN 083603)
Chad A. Saunders (SBN 257810)
**HOFFMAN & LAZEAR**
180 Grand Avenue, Suite 1550
Oakland, California 94612
Tel:(510)763-5700
Fax:(510)835-1311
Email: cas@hoffmanandlazear.com

Newman Strawbridge (SBN 171360)
**LAW OFFICE OF NEWMAN STRAWBRIDGE**
719 Orchard Street
Santa Rosa, CA 95404
Telephone:    (707) 523-3377

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| MELISSA ARECHIGA, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ROSS STORES, INC., a Delaware corporation,<br><br>Defendant. | Case No. C11-00894 JSW<br> ORDER OF DISMISSAL PURSUANT TO **STIPULATION FOR DISMISSAL WITHOUT PREJUDICE OF CLASS ACTION COMPLAINT, AND FOR WAIVER OF FEES AND COSTS BY DEFENDANT** |

STIPULATION FOR DISMISSAL WITHOUT PREJUDICE OF CLASS ACTION COMPLAINT, AND FOR WAIVER OF FEES AND COSTS BY DEFENDANT

CASE NO. C11-00894 JSW

TO THE HONORABLE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

WHEREAS, Defendant Ross Stores, Inc. ("Defendant") filed a motion to dismiss this action for lack of subject matter jurisdiction on April 11, 2011 (Dkt. No. 6);

WHEREAS, counsel for Plaintiff Melissa Arechiga ("Plaintiff") and counsel for Defendant met and conferred on April 20, 2011 and agreed that Plaintiff would voluntarily dismiss her Class Action Complaint and re-file in State court; and

WHEREAS, Defendant agreed that it would not seek costs or attorneys' fees from Plaintiff in connection with this dismissal of this case from this court;

NOW, THEREFORE, Plaintiff and Defendant hereby stipulate and agree that:

1. The Court should enter a dismissal without prejudice as to the entire above-entitled case; and
2. The Defendant will not move the Court for an award of costs or attorneys' fees in connection with this dismissal.

THE PARTIES SO STIPULATE.

Dated: April 26, 2011

HOFFMAN & LAZEAR

By     */s/ Chad A. Saunders*
CHAD A. SAUNDERS
Attorneys for
Plaintiff MELISSA ARECHIGA

Dated: April 26, 2011

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By     */s/ Craig Cardon*
CRAIG CARDON
Attorneys for
Defendant ROSS STORES, INC.

-1-

STIPULATION FOR DISMISSAL WITHOUT
PREJUDICE OF CLASS ACTION COMPLAINT,
AND FOR WAIVER OF FEES AND COSTS BY
DEFENDANT

CASE NO. C11-00894 JSW

1  **[PROPOSED] ORDER**

2  PURSUANT TO STIPULATION, it is ordered that the entire case entitled *Arechiga v. Ross*

3  *Stores, Inc.*, No. C11-00894 JSW, is hereby dismissed without prejudice.

4

5

6  Dated:   April 27, 2011                                    _____

7                                                                          United States District Court Judge

-1-

STIPULATION FOR DISMISSAL WITHOUT
PREJUDICE OF CLASS ACTION COMPLAINT,           CASE NO. C11-00894 JSW
AND FOR WAIVER OF FEES AND COSTS BY
DEFENDANT

## **CERTIFICATION**

I, Chad Saunders, am the ECF User whose identification and password are being used to file this Stipulation for Dismissal Without Prejudice of Class Action Complaint, and for Waiver of Fees and Costs by Defendant.  In compliance with General Order 45.X.B., I hereby attest that P. Craig Cardon has concurred in this filing.

Dated:  April 26, 2011                                        HOFFMAN & LAZEAR

                                        By      /s/ Chad A. Saunders _____
                                                CHAD A. SAUNDERS
                                                Attorneys for Plaintiff

-2-

STIPULATION FOR DISMISSAL WITHOUT
PREJUDICE OF CLASS ACTION COMPLAINT,
AND FOR WAIVER OF FEES AND COSTS BY
DEFENDANT

CASE NO. C11-00894 JSW